UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TANYA M. MCELROY,

Plaintiff,

v.

LAZER COMMUNICATIONS, INC.
and KENNETH J. ROY,

Defendants.

CIVIL NO. 01-1749 (DSD/JMM)

ORDER

The above matter came on for hearing before the undersigned on January 23, 2002 upon Plaintiff's Motion to Amend the Complaint [Docket No. 7]. Stephen H. Parsons, Esq. appeared on behalf of Plaintiff; Michael C. Glover, Esq. and Jill A. James, Esq. appeared on behalf of Defendants.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Plaintiff's Motion to Amend the Complaint [Docket No. 7] is granted without objection as follows:

1. Plaintiff may Amend the Complaint in the form annexed to her January 28, 2002, letter to the Court and counsel.

2. Plaintiff shall promptly cause said Amended Complaint to be filed with the Clerk of Court.

3. Defendants' Answer on file with the Clerk of Court may serve as a denial of the new allegations. If Defendants elect to serve and file an Answer to the Amended Complaint, it shall be served and filed no later than February 11, 2002.

FILED JAN 30 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

4. The Motion is in all other respects denied, but without prejudice to the right of Plaintiff to make a Motion to Amend to add a claim for punitive damages, if said Motion is served and filed no later than March 15, 2002.

Dated: January 30, 2002

JOHN M. MASON
United States Magistrate Judge

MEMORANDUM

The statutes under which Plaintiff proceeds specify the damages which may be recovered thereunder. The Amended Complaint adequately pleads a claim for all damages which are permissible under those statutes, including any damages which are viewed as "punitive" damages under those statutes.

A plaintiff seeking to recover punitive damages under Minn. Stat. § 549.20 is required to follow specific procedural steps, and to offer evidentiary support for the substantive requirements specified by that statute. It is the unusual case in which such damages are allowed. Although it is not certain that this relief was sought by the Motion, we have preserved the right of Plaintiff to pursue that course, if warranted under Rule 11 of the Federal Rules of Civil Procedure.

J.M.M.