UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TANYA M. MCELROY,

Plaintiff,

v.

LAZER COMMUNICATIONS, INC.
and KENNETH J. ROY,

Defendants.

CIVIL NO. 01-1749 (DSD/JMM)

ORDER

The above matter came on before the undersigned upon the Parties' Stipulation for Extension of Time for Plaintiff to Serve and File Motion to Add Punitive Damages Claims. The Court will treat this Stipulation as a Motion for Extension.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Parties' Stipulation/Motion for Extension of Time for Plaintiff to Serve and File Motion to Add Punitive Damages Claims is denied without prejudice. The pleadings submitted in support of the extension of time do not set forth facts from which it may be concluded that additional time is warranted.

Dated: March 12, 2002

JOHN M. MASON
United States Magistrate Judge

FILED MAR 13 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK