UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TANYA M. MCELROY,

Plaintiff,

v.

LAZER COMMUNICATIONS, INC.
and KENNETH J. ROY,

Defendants.

CIVIL NO. 01-1749 (DSD/JMM)

ORDER

The above matter came on before the undersigned upon the Parties' Joint Motion to Extend the Non-Expert Discovery Deadline from April 1, 2002 to April 20, 2002.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Parties' Joint Motion to Extend the Non-Expert Discovery Deadline is granted as follows: Plaintiff shall submit for a deposition no later than April 20, 2002.

Dated: March 19, 2002

JOHN M. MASON
United States Magistrate Judge

MAR 1 9 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK