UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TANYA MCELROY,

Plaintiff,

v.

LAZAR COMMUNICATIONS, INC.
and KENNETH J. ROY,

Defendants.

CIVIL NO. 01-1749 (DSD/JMM)

ORDER

The above matter came on for hearing before the undersigned on April 16, 2002 upon Plaintiff's Motion to Amend Complaint to Add Claims for Punitive Damages [Docket Nos. 20, 24]. Stephen H. Parsons, Esq. appeared on behalf of Plaintiff; Michael C. Glover, Esq. and Jill A. James, Esq, appeared on behalf of Defendants.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Plaintiff's Motion to Amend Complaint is granted [Docket Nos. 20, 24], without prejudice to any of Defendants claims as to the merits.

Dated: April 16, 2002

JOHN M. MASON
United States Magistrate Judge

FILED APR 16 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______