**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Tanya M. McElroy,

Plaintiff,

v.

Lazer Communications, Inc., a Minnesota corporation, and Kenneth J. Roy,

Defendants.

Court File No.01-CV-1749 (DSD/JMM)

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

Defendants, Lazer Communications, Inc. and Kenneth J. Roy ("Defendants"), along with Plaintiff, Tanya McElroy, through their respective undersigned counsel, hereby stipulate and agree that any and all claims made by and between Plaintiff and Defendants, including claims and counterclaims, in the above-captioned matter may and are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure without costs or fees to either party.

FILED 6-28-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 6-28-02
DEPUTY CLERK ________

[redacted] N, CLERK [redacted]

It is further stipulated and agreed that the Court may issue an order in conformity with the foregoing.

Dated: June 18, 2002.

**KALINA, WILLS, GISVOLD & CLARK, P.L.L.P.**

By: ______________________
Michael C. Glover (#185401)
Jill A. James (#028631X)
Attorneys for Defendants
6160 Summit Drive, Suite 560
Minneapolis, MN 55430
Telephone: (612) 789-9000
Facsimile: (763) 503-7070

Dated: June 14, 2002.

**MANSFIELD, TANICK & COHEN, P.A.**

By: ______________________
Seymour J. Mansfield (67271)
Stephen H. Parsons (84219)
Attorneys for Plaintiff
1560 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3383
(612) 339-4295

**ORDER**

This matter came before the undersigned upon the foregoing Stipulation of Dismissal with Prejudice. Based upon the foregoing, the records and pleadings on file;

IT IS HEREBY ORDERED, that this matter is hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure without costs or fees to any party.

SO ORDERED. LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 6/28/02

The Honorable David S. Doty

I:\HOME\COMLIT\LAZER.COM\MCELROY.TAN\ORD-DIS.WPD